# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

ROBERT FRANKS, JR.,

       Plaintiff,

       v.

TECH DATA CORPORATION, ROBERT M. DUTKOWSKY, CHARLES E. ADAIR, KAREN DAHUT, HARRY J. HARCZAK, JR., BRIDGETTE HELLER, RICHARD T. HUME, KATHLEEN MISUNAS, THOMAS MORGAN, PATRICK SAYER, and SAVIO W. TUNG,

       Defendants.

**CASE NO.: 1:20-cv-00174**

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Robert Franks, Jr. ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: February 19, 2020

**LEVI & KORSINSKY, LLP**
Donald J. Enright (to be admitted *pro hac vice*)
Elizabeth K. Tripodi (to be admitted *pro hac vice*)
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
Email: denright@zlk.com
      etripodi@zlk.com

*Attorneys for Plaintiff*

Respectfully submitted,

By: /s/ *Adam Apton*
Adam M. Apton (AS8383)
**LEVI & KORSINSKY, LLP**
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4859
Fax: (212) 333-2121
Email: aapton@zlk.com

*Attorneys for Plaintiff*